**Bayas Law, P.C.**
191 Central Ave., Ste. 220
Newark, NJ 07103
P: (973)307-0622
C: (973)703-3411

August 7, 2026

**Via ECF**
Hon. Claire C. Cecchi
United States District Judge
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re:** *Yuhan WANG v. Kristi NOEM, et al.*, No. 2:26-cv-01746-CCC
***Request for Voluntary Dismissal***

Dear Judge Cecchi:

Please be advised that plaintiff, Yuhan Wang, hereby moves to voluntarily dismiss this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Petitioner asserts that dismissal will not unfairly prejudice any party or cause undue delay and that this motion is not made for any improper purpose or to achieve any unfair advantage. Accordingly, Petitioner respectfully requests that the Court dismiss the complaint and close this case.

Respectfully submitted,

**/s/Marlon Bayas**

Marlon Bayas, Esq.
*Attorney for Plaintiff*

Cc: United States Attorney's Office
District of New Jersey
*Via ECF*

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/18/2026